IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:06-CR-359-TWT |
| DOZIE IKEDIFE also known as Eric Smith, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 60] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Identification [Doc. 47]. The Magistrate Judge correctly applied the appropriate legal standard in denying the motion. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Identification [Doc. 47] is DENIED.

SO ORDERED, this 25 day of October, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge